UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

STEVEN A. JOHNSON     PETITIONER

v.     CIVIL ACTION NO. 1:16CV-P146-GNS

STATE OF MICHIGAN     RESPONDENT

**MEMORANDUM OPINION**

Petitioner Steven A. Johnson, an inmate at the United States Penitentiary in Lewisburg, Pennsylvania, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court must undertake a preliminary review of the petition to determine whether "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4 of the Rules Governing § 2254 Cases.[1]

Upon review of the petition, Petitioner is challenging his conviction in the Oakland County Circuit Court in Pontiac, Michigan, on the grounds that it violated the United States Constitution. "[A]n application n for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court . . . on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States" is brought as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Court, therefore, construes the petition as being brought under § 2254.

Jurisdiction for a petition for habeas corpus brought under § 2254 is set out in 28 U.S.C. § 2241(d), as follows:

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district

---

[1] Rule 4 applies to § 2241 petitions pursuant to Rule 1(b) of the Rules Governing § 2254 cases.

within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

The petition challenges a state-court conviction from the Oakland County Circuit Court in Michigan. Nothing in the petition or its attachment reveals any connection whatsoever to the Western District of Kentucky. Therefore, under § 2241(d), this Court does not have jurisdiction to hear Petitioner's § 2254 action because Petitioner was not convicted by a state court located within this judicial district.

District courts possess authority to transfer civil actions to different districts pursuant to 28 U.S.C. § 1404(a), but only if such a transfer would promote "the convenience of parties and witnesses, in the interest of justice." In this case, the interest of justice would not be served by re-characterizing the instant § 2241 petition as a petition for writ of habeas corpus under § 2254 and transferring it to the proper federal court in Michigan. A search of the federal judiciary's online database, Public Access to Court Electronic Records (PACER), reveals that on September 6, 2016, two days before filing the instant action in this Court, Petitioner filed a § 2241 petition in the United States District Court for the Middle District of Pennsylvania challenging the same Oakland County, Michigan conviction challenged herein. *See Johnson v. Michigan*, Civil Action Number 1:16CV-1830-JEJ-EC (M.D. Penn.). That court transferred the petition to the United States District Court for the Eastern District of Michigan on September 7, 2016, and the matter remains pending before the Eastern District of Michigan. *See Johnson v. Michigan*, Civil Action No. 2:16CV-13215-AJT-PTM (E.D. Mich). Therefore, the Court sees no reason to transfer the instant action.

For the foregoing reasons, the action will be dismissed for lack of subject-matter jurisdiction by separate Order.

Date:   September 28, 2016

**Greg N. Stivers, Judge**
**United States District Court**

cc:   Petitioner, *pro se*
4416.010

3